UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MCCULLOCK, | ) | CV F- 05-1043 AWI DLB P |
| Plaintiff, | ) | ORDER DENYING PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT |
| v. | ) | [DOC 15] |
| J. WOODFORD, et al., | ) | |
| Defendants. | ) | |

    Plaintiff is proceeding pro se and in forma pauperis with a civil rights action pursuant to 42 U.S.C. section 1983.  On February 6, 2006, plaintiff filed a request for the entry of default against the named defendants.  Plaintiff's request is HEREBY DENIED.  Plaintiff's complaint has not been screened by the court pursuant to 28 U.S.C. § 1915A(a) and therefore the complaint has not been served on defendants. The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity.  28 U.S.C. § 1915A(a).  The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief.  28 U.S.C. § 1915A(b)(1),(2).  The court will direct the United States Marshal to serve plaintiff's complaint

1  only after the court has screened the complaint and determined that it contains cognizable claims for
2  relief against the named defendants.  The court has a large number of prisoner civil rights cases
3  pending before it and will screen plaintiff's complaint in due course.  Plaintiff's request for entry of
4  default is therefore DENIED.

5       IT IS SO ORDERED.

6       **Dated:   March 10, 2006**                    **/s/ Dennis L. Beck**
   3b142a                                       UNITED STATES MAGISTRATE JUDGE