UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCULLOCK, | 1:05-cv-01043-LJO-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 30) |
| vs. | **ORDER DISMISSING ACTION** |
| J. WOODFORD, et al., | |
| Defendants. | |

Plaintiff, Robert McCullock ("plaintiff"), is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On February 26, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On March 12, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1

1  In accordance with the provisions of 28 U.S.C.
2  § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3  <u>de</u> <u>novo</u> review of this case.  Having carefully reviewed the
4  entire file, the Court finds the Findings and Recommendations to
5  be supported by the record and by proper analysis.
6     Accordingly, IT IS HEREBY ORDERED that:
7     1.   The Findings and Recommendations, filed February 26,
8  2008, are ADOPTED IN FULL; and,
9     2.   This action is DISMISSED, without leave to amend, as
10 plaintiff has had two opportunities to amend his complaint and
11 has been unable to cure the deficiencies identified by the court.
12 IT IS SO ORDERED.
13 **Dated:   March 27, 2008**          /s/ Lawrence J. O'Neill
                                        UNITED STATES DISTRICT JUDGE

2